September 30, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

GLOBAL PARAGON DALLAS, LLC AND ILAN ZELNIK, Appellants

NO. 14-13-00974-CV                   V.

SBM REALTY, LLC, Appellee

_____

This cause, an appeal from the order granting the special appearance of appellee, SBM Realty, LLC, signed on October 8, 2013, was heard on the transcript of the record. We have inspected the record and hold that the trial court erred by granting the special appearance. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, SBM Realty, LLC.

We further order this decision certified below for observance.